**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *FILIPPO CARDONE*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FILIPPO CARDONE, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:23-MJ-966-DJA |

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO APPEAR IN THE EASTERN DISTRICT OF MICHIGAN**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Assistant United States Attorney Justin Washburne, Esq., and Defendant, **FILIPPO CARDONE**, by and through his attorney Richard A. Schonfeld, Esq., that the date for Defendant to appear in the Eastern District of Michigan be extended from the current deadline of November 30, 2023, to December 12, 2023.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant has court in Illinois on December 13, 2023, and for purposes of travel efficiency is requesting the extension;

2. The Defendant consents to the continuance being sought herein;

3. AUSA Timothy Wyse, the AUSA assigned to the case in the Eastern District of Michigan, has no objection to this request.

For the foregoing reasons, the parties request a continuance of the deadline for Defendant to appear in the Eastern District of Michigan.

**DATED** this 13th day of November, 2023.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| */s/ Justin Washburne* | */s/ Richard A. Schonfeld* |
| **JUSTIN WASHBURNE, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd. South, Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Filippo Cardone |
| Tel: (702) 388-6336 | Tel: (702) 384-5563 |

. . . .

. . .

. . . .

. . . .

# FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1. Counsel for Defendant has court in Illinois on December 13, 2023, and for purposes of travel efficiency has requesting an extension of the deadline for Defendant to appear in the Eastern District of Michigan;

2. The Defendant consents to the continuance being sought herein;

3. AUSA Timothy Wyse, the AUSA assigned to the case in the Eastern District of Michigan has no objection to this request.

**IT IS THEREFORE ORDERED** that the deadline for the Defendant to appear in the Eastern District of Michigan is extended from November 30, 2023, to the new deadline date of December 12, 2023.

**IT IS SO ORDERED.**

DATED this 14th day of November, 2023.

_____
**DANIEL J. ALBREGTS**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel. [702] 384-5563
rschonfeld@cslawoffice.net
Attorney for Defendant, *FILIPPO CARDONE*